# *Sturn Wagner Lombardo & Company, LLC*

201 Defense Highway, Suite 260
Annapolis, MD  21401
(410) 263-4120
e-mail: pat@swlco.com   website: www.swlco.com

*Caruso Homes, Inc*
*1655 Crofton Blvd.*
*Suite 200*
*Crofton, MD  21114*

*Invoice No.  Bankruptcy*
*Date 10/15/09*
*Client No.    20187.00*

For Professional Services Rendered through 10/15/2009

Consultation relating to bankruptcy issues and the preparation of federal, Maryland, Virginia & Delaware partnership and S corporation tax returns for the following:

Caruso Homes, Inc.
Caruso Riva, LLC
Delaware Homes DR, LLC
Glenndale Builders GB, LLC
Maryland Homes BP, LLC
Maryland Homes Bucks Run, LLC
Maryland Homes CG, LLC
Maryland Homes CY, LLC
Maryland Homes HG, LLC
Maryland Homes HM, LLC
Maryland Homes KC, LLC
Maryland Homes Palisades, PA, LLC
Maryland Homes PY, LLC
Maryland Homes TRC, LLC
Maryland Homes TRD, LLC
Riva Business Park IV, LLC
Riva Business Park V, LLC
Riva Business Park VI, LLC
Riva Business Park VII, LLC

*Sturn Wagner Lombardo & Company, LLC*
*10 Village Green Ltd. Partnership*
*Invoice No.    144275*                                                                *Page 2*

---

Virginia Homes BR, LLC
Virginia Homes CT, LLC
Virginia Homes CV, LLC
Virginia Homes HO, LLC
Virginia Homes MB, LLC
Virginia Homes WS

|  | Professional hours | 1,027 |
|---|---|---|
|  | Total Amount Due  $ | 150,000 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 150,000 | 0.00 | 0.00 | 0.00 | 0.00 | 150,000 |

Terms: Payment due upon receipt. A late fee of 1 ½% per month will be due on all account balances not paid within 30 days of invoice date. **To Make Credit Card Payment:** Fax information, including 3 digit number on back of card, to 410-897-9471. We accept Discover, Visa, MasterCard, and American Express.